**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02120-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MICHAEL ORLANDO ROLLIE,

      Applicant,

v.

LIMON CORRECTIONAL FACILITY,

      Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

      Applicant, Michael Orlando Rollie, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the correctional facility in

Limon, Colorado.  Mr. Rollie has submitted an Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this order.  Mr.

Rollie will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Rollie files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit

(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   <u>X</u>    is missing certificate showing current balance in prison account (<u>account statement submitted is too old</u>)

(5)   __    is missing required financial information

(6)   __    is missing an original signature by the prisoner

(7)   <u>X</u>    is not on proper form (must use the court's current form)

(8)   __    names in caption do not match names in caption of complaint, petition or habeas application

(9)   __    An original and a copy have not been received by the court. Only an original has been received.

(10)   __    other:

**Complaint, Petition or Application**:

(11)   __    is not submitted

(12)   __    is not on proper form (must use the court's current form)

(13)   __    is missing an original signature

(14)   __    is missing page no. __

(15)   __    uses et al. instead of listing all parties in caption

(16)   __    An original and a copy have not been received by the court. Only an original has been received.

(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __    names in caption do not match names in text

(19)   <u>X</u>    other: <u>The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian. Limon Correctional Facility is not a proper party to this action.</u>

Accordingly, it is

ORDERED that Applicant, Michael Orlando Rollie, cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Mr. Rollie files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Mr. Rollie shall obtain the Court-approved forms used in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

2

Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in submitting the amended application and amended § 1915 motion and affidavit.  It is

FURTHER ORDERED that, if Mr. Rollie fails to cure the designated deficiencies **within thirty days from the date of this order**, the application will be denied and the action dismissed without further notice.

DATED August 15, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge