IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02120-LTB

MICHAEL ORLANDO ROLLIE,

    Applicant,

v.

FRANCES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 15 day of May, 2013.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/  E. Van Alphen
                                      Deputy Clerk