**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02120-LTB

MICHAEL ORLANDO ROLLIE,

    Applicant,

v.

FRANCES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion to file an amended application (ECF No. 24) filed on May 15, 2013, is DENIED.  The instant application was denied on May 15, and the action dismissed for lack of jurisdiction and as barred by the one-year limitation period in 28 U.S.C. § 2244(d).  *See* ECF No. 22.  Judgment (ECF No. 23) was entered on the same day. Applicant's proposed amendments to the application do not affect the judgment.

    However, Applicant also indicates in the motion to file amended application that he has been transferred to the Sterling Correctional Facility.  Therefore, the clerk of the Court is directed to mail a copy of the May 15 dismissal order and judgment, together with a copy of this minute order, to Applicant at his new address.  The clerk of the Court also is directed to supplement its docketing records for ECF No. 24 to indicate Applicant's notice of change of address in addition to his motion to file amended application.

Dated:  May 20, 2013